UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| **MARIA SANTA MARIA,** | ) |
| Plaintiff, | ) Case No. SACV 05-00882 AJW |
| v. | ) **ORDER AWARDING FEES UNDER** |
| | ) **EQUAL ACCESS TO JUSTICE ACT** |
| **MICHAEL J. ASTRUE,** | ) |
| **Commissioner of the Social** | ) |
| **Security Administration,** | ) |
| Defendant. | ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), counsel for plaintiff is awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount of THREE THOUSAND, TWO HUNDRED EIGHTY-ONE DOLLARS AND ZERO CENTS ($3,281.00), as authorized by 28 U.S.C. § 2412(d), and subject to the terms of the Stipulation.

**IT IS SO ORDERED.**

DATED:  August 27, 2007

/ s /

_____
ANDREW J. WISTRICH
United States Magistrate Judge